UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RECEIVED
JUN 11 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

FLEET ENGINEERS, INC.,
Plaintiff,

-v-

MUDGUARD TECHNOLOGIES, LLC and
TARUN SURTI,
Defendants.

No. 1:12-cv1143

Honorable Paul L. Maloney

## JUDGMENT

The Court has resolved all pending claims in this lawsuit. Following a remand from the Federal Circuit Court of Appeals, the Court held a trial on Tarun Surti's counterclaim for patent infringement against Fleet Engineers. The jury returned a verdict in favor of Tarun Surti on his counterclaim for patent infringement against Fleet Engineers for the line of products identified in the verdict as Group A. (ECF No. 370.) Based on the jury's determination of a reasonable royalty rate and its decision to calculate damages based on the gross sales of Fleet Engineers' Group A products, Mr. Surti is entitled to $228,000.00 in damages from Fleet Engineers. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED**

**IT IS SO ORDERED.**

Date: October 19, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge

Certified as a True Copy
By ________
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 6-3-2025

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

| | | |
|---|---|---|
| Fleet Engineers, Inc.<br>*Plaintiff*<br>v.<br>Mudguard Technologies, LLC et al<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 1:12-cv-01143-PLM |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 10/19/2021 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 06/03/2025

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Fleet Engineers, Inc.

Plaintiff(s), Case No. 12-cv-1143

v.

Hon. Paul L. Maloney

Mudguard Technologies, LLC

Defendant(s).
_______________________________/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, Fleet Engineers, Inc. (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☑ Yes ☐ No
If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

Effective May 31, 2018, Fleet Engineers, Inc. is a subsidiary of Tramec Sloan LLC, a division of Tramec LLC.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
If yes, identify entity and nature of interest:

Date: May 8, 2019

/G. Thomas Williams/
(Signature)

G. Thomas Williams, Esq. (P53734)
MCGARRY BAIR PC
Counsel for Plaintiff Fleet Engineers, Inc.
45 Ottawa Ave. SW, Suite 700
Grand Rapids, MI 49503

No. 23-1142

IN THE

# Supreme Court of the United States

TARUN N. SURTI,

*Petitioner,*

*v.*

FLEET ENGINEERS, INC.,

*Respondent.*

ON PETITION FOR A WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## BRIEF IN OPPOSITION


G. THOMAS WILLIAMS
*Counsel of Record*
MCGARRY BAIR PC
5355 Northland Drive NE, Suite C, #226
Grand Rapids, MI 49525
(616) 742-3500
gtw@mcgarrybair.com

*Counsel for Respondent*



329384

COUNSEL PRESS
(800) 274-3321 • (800) 359-6859

## PARTIES TO THE PROCEEDING AND RULE 29.6 STATEMENT

Fleet Engineers, Inc. ("Respondent") was plaintiff in the District Court proceedings. Mudguard Technologies, LLC ("Mudguard") and Mr. Tarun Surti ("Respondent") were the Defendants in the District Court proceedings, however default was entered against Mudguard in 2014.

Pursuant to Rule 29.6, Respondent Fleet Engineers, Inc. states that it is subsidiary of Tramec Sloan LLC, a division of Tramec LLC. No publicly held corporation or other publicly held entity owns 10% or more of Fleet's stock.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **TARUN N. SURTI**<br>pro se,<br><br>Plaintiff<br><br>v.<br><br>**FLEET ENGINEERS, INC,**<br>DIVISION OF TRAMEC SLOAN<br><br>Defendant. | Case No. 3:25-CV-0122<br><br>Judge Waverly D. Crenshaw, Jr. |

## AFFIDAVIT OF GREG LAMBERT

NOW COMES Greg Lambert, being duly sworn upon his oath, deposes and says as follows:

1. My name is Greg Lambert, and I am the Chief Financial Officer of Tramec Sloan, L.L.C.

2. I have direct knowledge about the facts contained in this Affidavit.

3. Tramec Sloan, L.L.C. ("Tramec Sloan") purchased the assets and business of Fleet Engineers, Inc. ("Fleet Engineers") effective June 1, 2018.

4. Since that time, Tramec Sloan has operated the prior Fleet Engineers business as c combined business with Tramec Sloan.

5. Fleet Engineers is not a division of Tramec Sloan.

6. Lori Johnson is employed by Tramec Sloan as a buyer in the purchasing department.

7. Lori Johnson is not an officer, managing or general agent, or any other agent authorized to receive process on behalf of Tramec Sloan.

EXHIBIT B

**FURTHER, AFFIANT SAYETH NOT.**

Dated: 3/31/2025

By: [signature]
Greg Lambert

STATE OF KANSAS )
) ss.
COUNTY OF Johnson )

On this 31st day of March 2025, personally appeared before me the above-named Greg Lambert, to me known and known to me to be the person described in and who executed the foregoing instrument, and the affiant has read the foregoing Affidavit and he knows the contents thereof, and acknowledged to me that the same is true to deponent's own knowledge except as to the matters therein stated to be alleged on information and belief, and that as to those matters, deponent believes it to be true.

Landon Harris [signature]

Notary Public, Johnson County, Kansas

My Commission Expires: 12/17/2028

NOTARY PUBLIC - State of Kansas
LANDON HARRIS
My Appt. Expires 12/17/2028

Corporations Online Filing System

Department of Licensing and Regulatory Affairs

Form Revision Date 07/2016

# CERTIFICATE OF AMENDMENT TO THE ARTICLES OF INCORPORATION

**For use by DOMESTIC PROFIT CORPORATION**

*Pursuant to the provisions of Act 284, Public Acts of 1972,the undersigned corporation executes the following Certificate:*

The identification number assigned by the Bureau is: 800000163

The name of the corporation is: FLEET ENGINEERS, INC.

The Articles of Incorporation is hereby amended to read as follows:

**Article I**

The name of the corporation as amended, is:

EKLUND HOLDINGS, INC.

2. The foregoing amendment to the Articles of Incorporation proposed by the board was duly adopted on: 06/01/2018 by the shareholders at a meeting in accordance with Section 611(3) of the Act.

This document must be signed by an authorized officer or agent:

Signed this 6th Day of June, 2018 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Loic M. Dimithe | Authorized Agent | |
| | | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

◌ Decline ◌ Accept

EXHIBIT C

# *MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS*

## *FILING ENDORSEMENT*

***This is to Certify that the*** CERTIFICATE OF AMENDMENT TO THE ARTICLES OF INCORPORATION

***for***

EKLUND HOLDINGS, INC.

***ID Number:*** 800000163

***received by electronic transmission on*** June 06, 2018 ***, is hereby endorsed.***

***Filed on*** June 06, 2018 ***, by the Administrator.***

***The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.***

***In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 6th day of June, 2018.***

*Julia Dale, Director*

*Corporations, Securities & Commercial Licensing Bureau*

CSCL/CD-2500 (01/24)

**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**PROFIT CORPORATION ANNUAL REPORT**

13-02

# 2024

**Due May 15, 2024** **File Online at www.michigan.gov/corpfileonline**

| Identification Number | Corporation Name |
|---|---|
| **800000163** | **EKLUND HOLDINGS, INC.** |

Resident agent name and mailing address of the registered office

**WESLEY K EKLUND**
**481 SEMINOLE ROAD**
**NORTON SHORES, MI 49444**

FILED
APR 02 2024
CORPORATIONS DIVISION

TranInfo:2 25640748-1 02/0?/24
Chk#: 1147 Amt: $25.00
ID: 800000163

The address of the registered office

**481 SEMINOLE ROAD**
**NORTON SHORES, MI 49444**

**IF NO CHANGE in the address of the registered office and/or resident agent proceed to Item 4.**

1 Change the mailing address of registered office in MICHIGAN (can be a P O Box)

2 Change the resident agent

3 Change the address of the registered office in MICHIGAN (cannot be a P O Box)

4 Describe the general nature and kind of business in which the corporation engaged in during the year covered by this report (REQUIRED)

Investments in Real Estate & Manufacturing Business

5 **NAME and BUSINESS OR RESIDENCE ADDRESS of officers and directors.** (REQUIRED - Print legible and compete names and addresses)

| | | |
|---|---|---|
| **REQUIRED** | President | Wesley K. Eklund 481 Seminole, Muskegon, MI 49444 |
| | Secretary (If different than president) | |
| | Treasurer (If different than president) | |
| **If different than Officers** | Director | |
| | Director | |
| | Director | |
| | Director | |

| 6 Signature of Authorized officer or agent | Title | Date | Phone (Optional) |
|---|---|---|---|
| X [signature] | President | 1-25-24 | |

**Filing Fee: $25.00**
**Report due May 15, 2024.**
**If received by agency after May 15, penalty fees will be assessed.**

**Submit**
**Online: www.michigan gov/corpfileonline**
Save time by filing online You will get an immediate response and you can elect to receive future notices by email to the resident agent The agent will also be sent an email when a document is filed, or a CID/PIN is requested You will need your Customer ID number (CID) and PIN, which can be obtained using the CID/PIN recovery page at **www.michigan.gov/corppin**
**Mail:** Return completed report with a check or money order payable to the State of Michigan to Corporations Division, P O Box 30702, Lansing, MI 48909 (517) 241-6470

If more space is needed, additional pages may be included. Do not staple any items to the report Required by Section 911, 1972 PA 284, as amended Failure to file this report may result in the dissolution of the corporation Late filing will result in penalty fees



EXHIBIT
D

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TARUN N. SURTI**<br>pro se,<br><br>Plaintiff<br><br>v.<br><br>**FLEET ENGINEERS, INC, DIVISION OF TRAMEC SLOAN**<br><br>Defendant. | Case No. 3:25-CV-0122<br><br>Judge Waverly D. Crenshaw, Jr. |

## DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

### I. INTRODUCTION

Defendant "Fleet Engineers, Inc, Division of Tramec Sloan".[1] herein responds to Plaintiff's "Notice of Leave to File First Amended Complaint" (Doc. 21). Because the "Notice" is not a Motion to Amend in compliance with this Court's Local Rules, it should be denied.

### II. ARGUMENT

Rule 15 provides that a party "may amend its pleading once as a matter of course" if such an amendment is made within 21 days of service of the pleading or within 21 days of service of a motion under Rule 12(b), (e), or (f), whichever is earlier. Fed. R. Civ. P. 15(a)(1). Amendments after the time periods of Rule 15(a)(1) are permitted "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Here, Plaintiff has not sought consent of Defendant for his proposed amendment and relies on leave of Court. (Doc. 21, PageID #239).

[1] Undersigned counsel is appearing specially on behalf of the non-existent corporate entity "Fleet Engineers, Inc, Division of Tramec Sloan," without waiving any defenses under Rule 12 or otherwise.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN N.W.
GRAND RAPIDS, MICHIGAN 49503-2363

OFFICIAL BUSINESS

GRAND RAPIDS MI 493
4 JUN 2025 PM 6

quadient
FIRST-CLA
IMI
$000.
06/03/2025
043M31255

RECEIVED
JUN 11 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Tarun N. Surti
5928 Westheimer Dr.
Brentwood, TN 37027