**TARUN N. SURTI, Pro Se**
5928 Westheimer Drive, Brentwood, TN 37027
(615) 812-6164 - Vflaps@gmail.com

June 11, 2025

Clerk of Court
United States District Court for the
Middle District of Tennessee
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

RECEIVED
JUN 11 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Re: Request for Registration of documents related to Foreign Judgment Pursuant to 28 U.S.C. § 1963 – (Related cases in this Court (1) Case no. 3:25-cv-00122 and (2) Case No.3:25-mc-00005)

To the Clerk of Court:

My name is Tarun N. Surti, proceeding pro se, and I am the holder of a judgment in the amount of $228,000.00, entered in my favor by the United States District Court for the Western District of Michigan against Fleet Engineers, Inc. (case no. 1:12-cv-01143)

I acknowledge that, pursuant to 28 U.S.C. § 1963, the judgment entered by the United States District Court for the Western District of Michigan may be registered in this District. The judgment against Fleet Engineers, Inc. is final and enforceable, and no motion by the Defendant is currently pending to alter or amend that portion of the judgment. Accordingly, registration of the final judgment against Fleet Engineers, Inc. may proceed, unless otherwise ordered by the Court, notwithstanding any ongoing litigation in U.S. District Court for the Middle Tennessee Case No. 3:25-cv-00122.

If the Court requires additional documentation or elects to hold this submission in abeyance pending resolution of the anticipated Rule 60(b) motion in the U.S. District Court for the Middle Tennessee case no. 3:25-cv-00122[1], I am prepared to comply.

---

[1] Note: Please be advised that Civil Action in the U.S. District Court for the Middle Tennessee case No. 3:25-cv-00122 has been initiated against Fleet Engineers, Inc., based on newly discovered violations of rights that were previously adjudicated.

Mr. Surti recently uncovered that Fleet Engineers, Inc. made false representations to the court and other tribunals regarding its corporate relationship with Tramec Sloan, LLC—specifically, by falsely claiming to have become a subsidiary (see Case 3:25-cv-00122, PageID #:

Thank you for your time and consideration.

Respectfully submitted,

Tarun N. Surti
Pro Se,

Encls: I am submitting the following documents in anticipation of further order by the Court:

1. A certified copy of the judgment entered by the United States District Court for the Western District of Michigan;

2. A certified copy of Form AO 451 from the United States District Court for the Western District of Michigan; and

3. Form JS-44

4. Exhibit pages – U.S. District Court for the Middle Tennessee Case 3:25-cv-00122, PageID 218, 235, 202, 204-206, and 248.

---

218 & 235). In fact, Fleet Engineers, Inc. has since acknowledged that it merely sold its assets on May 31, 2018 (see Id. at 202), changed its name to Eklund Holdings, Inc., (see Id. at 204-206) and ceased manufacturing the infringing Aero-Flap brand mud flaps. According to their attorney, Fleet Engineers, Inc. is now a non-existent company (see Id. at 248). It is also undisputed that Fleet Engineers, Inc. did not sell the entire company or become a subsidiary of Tramec Sloan, LLC, as was falsely claimed. This claim was specifically refuted by Greg Lambart, CFO of Tramec Sloan, LLC. (See Id. at 202, 218.))

This misrepresentation, along with related corporate structuring, is alleged to be part of a deliberate scheme to conceal ongoing infringement and evade judicial oversight. Such conduct is asserted to constitute "fraud on the court" under Federal Rule of Civil Procedure 60(b).

Accordingly, the undersigned intends to file a motion pursuant to Rule 60(b), seeking relief from, or modification of, the final judgments previously entered in favor of Tarun N. Surti and against Mudguard Technologies, LLC.