# U.S. District Court

## Tennessee Middle - Nashville

Receipt Date: Jun 16, 2025 3:27PM

Tarun N. Surti
5928 Westheimer Dr.
Brentwood, TN 37027

Rcpt. No: 300005813 | Trans. Date: Jun 16, 2025 3:27PM | Cashier ID: #MG (4569)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 121 | Registration of Foreign Judgment | | 1 | 52.00 | 52.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | Cash | $52.00 |
| | Total Due Prior to Payment: | $52.00 |
| | Total Tendered: | $52.00 |
| | Total Cash Received: | $52.00 |

**Comments:** Case No. 3:25-mc-0010

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.